# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MARY FRANCES HUFF,**

> **Plaintiff,**

**v.**                                             **Case No.  8:07-cv-1666-T-30TBM**

**CHRISTOPHER SABELL, et al.,**

> **Defendants.**

_____/

# <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. #4).  After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #4) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is DENIED without prejudice.

3. Plaintiff's Complaint (Dkt. 1) is dismissed for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  The Plaintiff is directed to refile her

Complaint in accordance with the Federal Rules of Civil Procedure and the

Local Rules of this Court within twenty (20) days.

4.     The Clerk shall forward to Plaintiff a copy of the Report and Recommendation

and the attached brochure from the Federal Bar Association Pro Bono Civil

Litigation project.

5.     It is strongly urged that Plaintiff seek the assistance of an attorney through this

program or elsewhere before again filing papers with this Court.

**DONE** and **ORDERED** in Tampa, Florida on September 25, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1666.frm