UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARY FRANCES HUFF,**

    **Plaintiff,**

**v.**                                           Case No.  **8:07-cv-1666-T-30TBM**

**CHRISTOPHER SABELL, et al.,**

    **Defendants.**
_____/

## ORDER

    THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that Plaintiff's Complaint (Dkt. #1) was dismissed via an Order (Dkt. #5) entered on September 25, 2007.  Plaintiff had twenty (20) days from the date of that Order in which to file an Amended Complaint.  A review of the Court docket indicates an Amended Complaint has not been filed.  It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This case is dismissed without prejudice.

    2.    Any pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 24, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1666.dismissal.frm